United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30392
Conference Calendar

BRENDA DEMOPULOS,

                                        Plaintiff-Appellant,

versus

BATON ROUGE CITY POLICE DEPARTMENT;
JEFF WEBB, Officer; EARL RHODES, Sergeant,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 99-CV-802-D
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Brenda Demopulos appeals the denial of her motion for judgment as a matter of law and, alternatively, for a new trial following a jury verdict in favor of the defendants in her 42 U.S.C. § 1983 suit. She has, however, not provided this court with a trial transcript.

Because Demopulos challenges the sufficiency of the evidence adduced at trial, it is impossible for us to entertain the merits of her appeal absent a trial transcript, and her appeal must be

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dismissed.  See Richardson v. Henry, 902 F.2d 414, 416 (5th Cir. 1990).

APPEAL DISMISSED.